UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GREG ADKISSON, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>JACOBS ENGINEERING GROUP, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:13-CV-505-TAV-HBG |
| KEVIN THOMPSON, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>JACOBS ENGINEERING GROUP, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:13-CV-666-TAV-HBG |
| JOE CUNNINGHAM and TAYLOR CUNNINGHAM,<br>Plaintiffs,<br><br>v.<br><br>JACOBS ENGINEERING GROUP, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:14-CV-20-TAV-HBG |

## **ORDER OF CONSOLIDATION**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02

Now before the Court is Plaintiffs' Motion to Consolidate, filed in Case No. 3:13-CV-666. In the Motion to Consolidate, Plaintiffs represent that these actions involve common questions of law and fact. The Plaintiffs maintain that consolidate will conserve the Court and the parties' resources, and they represent that no party will be prejudiced by the consolidation.

The Court finds that the Defendant in all three of these cases is the same, and the Defendant has been served with a copy of the Motion to Consolidate through Case No. 3:13-CV-

666.  The Court finds that the Defendants have not responded in opposition to the Motion to Consolidate, and the time for doing so has expired.  See E.D. Tenn. L.R. 7.1.  The Court finds that the request to consolidate these cases can be granted based upon the failure to respond alone.  See E.D. Tenn. L.R. 7.2.  The Court further finds that the claims in these cases present numerous common questions of law and fact, and the Court finds that it is appropriate to consolidate the three actions.

Accordingly, the Court finds that the Motion to Consolidate is well-taken, and it is **GRANTED**.  The cases captioned above are **CONSOLIDATED** pursuant to Rule 42 of the Federal Rules of Civil Procedure.  Adkisson v. Jacobs Engineering Group, Inc., 3:13-CV-505, is the first-filed of the three cases, and it **SHALL SERVE** as the lead case for purposes of this consolidation.  All future filings shall only be made in Adkisson v. Jacobs Engineering Group, Inc., 3:13-CV-505.

**IT IS SO ORDERED**.

ENTER:

*Bruce Guyton*
United States Magistrate Judge